UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                    ORDER
v.                               12-CR-363A

SYLVESTER JOSEPH and
KHAINTTE THOMPSON,

                    Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 26, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motions to transfer be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motions to transfer are granted. The Clerk of Court is directed to take all steps necessary to transfer this case to the Middle District of Pennsylvania in Harrisburg in accordance with FRCP 21(c). In addition, the Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: September 16, 2013